1472

## RECONSIDERATION DOCKET

**96–1211. Jim's Steak House v. Cleveland.**
Cuyahoga App. Nos. 68456 and 68506. Reported at 81 Ohio St.3d 18, 688 N.E.2d 506. On motion for reconsideration. Motion denied.

    COOK and LUNDBERG STRATTON, JJ., dissent.

    On motion to strike. Motion denied.

    COOK, J., dissents.

**97–765. Simmons v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–B–951. Reported at 81 Ohio St.3d 47, 689 N.E.2d 22. On motion for reconsideration. Motion denied.

**97–2331. State v. Zerla.**
Franklin App. No. 96APA11–1583. Reported at 81 Ohio St.3d 1427, 689 N.E.2d 48. On motion for reconsideration. Motion denied.

    LUNDBERG STRATTON, J., not participating.